UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

WESTERN DIVISION

FILED
2025 DEC 23 A 11: 23
U.S. DISTRICT COURT
N.D. OF ALABAMA

---

LEWIS D. THOMAS,

Plaintiff,

v.

VILLON LIQUOR,

Defendant.

---

COMPLAINT FOR COPYRIGHT INFRINGEMENT

(17 U.S.C. § 101 et seq.)

---

I. PARTIES

1. Plaintiff Lewis D. Thomas is an individual residing at:

730 7th Street NE, Apt. 42

Fayette, Alabama 35555

2. Defendant Villon Liquor is a business entity engaged in commercial retail and marketing activities and, upon information and belief, operates within interstate commerce and within this judicial district.

---

II. JURISDICTION AND VENUE

3. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101 et seq.

4. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Venue is proper in this District pursuant to 28 U.S.C. § 1400(a) because acts of infringement occurred in this District and Plaintiff resides in this District.

---

III. COPYRIGHT OWNERSHIP

6. Plaintiff is the sole author and exclusive copyright owner of an original logo artwork entitled:

"Cold Blooded Entertainment"

7. The work was completed in 2021.

8. The work is registered with the United States Copyright Office under:

Registration Number: VAu 1-433-874

Effective Date: May 16, 2021

Registration Decision Date: June 15, 2021

9. Plaintiff owns all exclusive rights under 17 U.S.C. § 106.

---

IV. INFRINGEMENT

10. Defendant Villon Liquor, without authorization, copied, reproduced, displayed, and used Plaintiff's copyrighted logo or a substantially similar derivative thereof in connection with its business, branding, marketing, and/or product presentation.

11. Defendant's actions constitute direct copyright infringement under 17 U.S.C. § 501.

12. Defendant's infringement was willful, intentional, and undertaken with reckless disregard of Plaintiff's rights.

13. Plaintiff has not licensed or consented to Defendant's use of the copyrighted work.

---

V. DAMAGES

14. Plaintiff has suffered actual damages as a direct and proximate result of Defendant's infringement.

15. Defendant has derived profits attributable to the infringement.

16. Plaintiff elects statutory damages pursuant to 17 U.S.C. § 504(c).

17. Plaintiff is entitled to injunctive relief pursuant to 17 U.S.C. § 502.

---

VI. CLAIM FOR RELIEF

Copyright Infringement – 17 U.S.C. § 501

18. Plaintiff incorporates all preceding paragraphs.

19. Defendant infringed Plaintiff's registered copyright by unauthorized reproduction and commercial use.

20. Plaintiff is entitled to all remedies available under the Copyright Act.

---

VII. PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court:

A. Enter judgment in favor of Plaintiff;

B. Award statutory damages under 17 U.S.C. § 504;

C. Award Defendant's profits attributable to infringement;

D. Issue a permanent injunction prohibiting further infringement;

E. Order destruction of all infringing materials;

F. Award costs and attorney's fees under 17 U.S.C. § 505;

G. Grant all further relief the Court deems just and proper.

---

VIII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

---

Respectfully submitted,

Lewis D. Thomas

730 7th Street NE, Apt. 42

Fayette, AL 35555

Phone: 205-399-4137

Email: reptilethesnake@gmail.com

Plaintiff, Pro Se

*/s/ Lewis D. Thomas*

**FROM:**

Lewis Thomas
730 7th Street N.E. Apt 42
Fayette, AL 35555

**TO:**

District Court Clerk Office
Civil Division
1729 5th Ave North
Birmingham, AL 35203

USPS PRIORITY MAIL
US POSTAGE PAID $11.90
Origin: 35555
12/17/25
0129900028-10

0 Lb 9.00 Oz
RDC 03
EXPECTED DELIVERY DAY: 12/22/25
C006

SHIP TO:
1729 5TH AVE N
BIRMINGHAM AL 35203-2000

USPS TRACKING #
9505 5107 1746 5351 4298 30



